# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES EDWARD SCOTT, III,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CHARDONNAY DIALYSIS, et al.,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-00285-MMD-CSD<br><br>**ORDER**<br><br>Re: ECF No. 17 |

Before the court is Plaintiff's Motion for Extension of Time to Effect Service and Order the U.S. Marshal Service of Process. (ECF No. 17.)  Plaintiff requests the U.S. Marshal Service attempt to serve Defendants Chardonnay Dialysis and employees Brittany, Anne, Christen Magee and Arnold Laporte at the address listed below:

> Chardonnay Dialysis
> 807 W. Fairchild Street
> Danville, Illinois 61832

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Service on Defendants Chardonnay Dialysis, Brittany, Anne, Christen Magee and Arnold Laporte (ECF No. 17) is **<u>GRANTED</u>**.

**IT IS FURTHER ORDERED** that the Clerk shall issue summonses for Chardonnay Dialysis, Brittany, Anne, Christen Magee and Arnold Laporte and send the same to the U.S. Marshal with the address listed above.  The Clerk shall also send sufficient copies of Plaintiff's Amended Complaint (ECF No. 8), the court's screening order (ECF No. 10), and this Order to the U.S. Marshal for service on the Defendants.

**IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff five (5) USM-285 forms. Plaintiff shall be given 30 days to furnish the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form.

**IT IS FURTHER ORDERED** that the deadline for service pursuant to Federal Rule of Civil Procedure 4(m) is extended to and including **Friday, January 9, 2026.**

DATED: October 14, 2025.

_____
Craig S. Denney
United States Magistrate Judge