UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES EDWARD SCOTT, III,

    Plaintiff

v.

CHARDONNAY DIALYSIS, et al.,

    Defendants

Case No.: 3:23-cv-00285-MMD-CSD

**Order**

Re: ECF No. 28

On December 16, 2024, the court entered an order screening the first amended complaint and allowing it to proceed against Chardonnay Dialysis, Brittany, Anne, Christen or Kristen Magee, and Arnold Laporte. (ECF No. 10.) On January 6, 2025, the Attorney General's Office filed a notice indicating it could not accept service of process for any of the defendants. (ECF No. 12.)

The original deadline for service of process was March 16, 2025. On September 11, 2025, the Clerk entered a notice of intent to dismiss for failure to effect timely service of process. (ECF No. 16.) Plaintiff then filed a motion for extension of time to complete service, which the court granted on October 14, 2025. The court extended the deadline for service to January 9, 2026, and ordered Plaintiff to furnish the U.S. Marshal with the required USM-285 forms with relevant information as to each Defendant no later than November 13, 2025. In its order, the court directed the Clerk of Court to provide Plaintiff five USM-285 forms for this purpose. (ECF No. 18.)

On December 29, 2025, the court's order was returned as undeliverable.

On February 5, 2026, Plaintiff filed a motion for extension of time to complete service of

process (ECF No. 28), two "declarations of diligence re service addresses" (ECF Nos. 26, 27), and two "notices of submission of completed USM-285 forms" (ECF Nos. 25, 29). Although these last two documents purport to be completed USM-285 forms, they are information only and are not completed USM-285 forms.

Although Plaintiff makes no attempt to establish good cause or excusable neglect for his failure to timely furnish the U.S. Marshal with completed USM-285 forms or to otherwise timely complete service of process, the court will infer from the docket that Plaintiff did not see its order of October 14, 2025, until recently, and may not have received the USM-285 forms forwarded by the Clerk at all.[1] On that basis, the court will find good cause to extend the period to complete service of process and for Plaintiff to furnish the required USM-285 forms to the U.S. Marshal. However, Plaintiff is warned that absent extraordinary circumstances, further extensions are not likely to be granted.

**CONCLUSION**

**IT IS ORDERED** that Plaintiff's motion to extend time for service of process (ECF No. 28) is **GRANTED**. The deadline for service pursuant to Federal Rule of Civil Procedure 4(m) is extended to and including <u>Monday, April 27, 2026</u>.

---

[1] Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court − on motion or on its own after notice to the plaintiff − must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . ."); *see also Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009) (extension of time for service under Rule 4(m) is mandatory where good cause is shown, and may be granted on a showing of excusable neglect); Fed. R. Civ. P. 6(b)(1)(B) ("When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . on motion made after the time has expired if the party failed to act because of excusable neglect.").

**IT IS FURTHER ORDERED** that the Clerk shall send sufficient copies of this order to the U.S. Marshal for service on the Defendants.

**IT IS FURTHER ORDERED** that the Clerk shall send Plaintiff five (5) USM-285 forms, and that Plaintiff will have until March 13, 2026, to furnish the U.S. Marshal the required USM-285 forms with relevant information as to each Defendant on each form. Plaintiff shall return the forms directly to the U.S. Marshal's Office, 400 S. Virginia St., Second Floor, Reno, NV 89501.

**IT IS SO ORDERED**.

Dated: February 26, 2026

_____
Craig S. Denney
United States Magistrate Judge

3