UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JAMES EDWARD SCOTT, III,

Plaintiff,

v.

CHARDONNAY DIALYSIS, *et al.*,

Defendants.

Case No. 3:23-cv-00285-MMD-CSD

ORDER

This action was filed in June of 2023. (ECF No. 1-1.) On February 26, 2026 the Court granted Plaintiff an extension of time to April 27, 2026 for service of process. (ECF No. 36.) On October 16, 2026, the Court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) unless proof of service was filed by November 2, 2026. (ECF No. 38.) That deadline passed without any action by Plaintiff. To date, Plaintiff has not filed proof of service on any of the five Defendants: Chardonnay Dialysis, Brittany, Anne, Christen (Kristen) Magee or Arnold Laporte. Accordingly, the Court will dismiss this action without prejudice.

It is therefore ordered that this action is dismissed without prejudice based on Plaintiff's failure timely serve Defendants. The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 5th Day of November 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE